IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KENDALL JOSEPH JONES** ) | |
| **(AIS # 195764),** ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 14-00173-KD-B** |
| ) | |
| **WARDEN WILLIE THOMAS,** ) | |
|     Respondent. ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation (Doc. 2) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 17, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this case be transferred to the United States District Court for the Northern District of Alabama, Western Division.

The Clerk of Court is **DIRECTED** to take all necessary action to effect said transfer, upon which this action shall be **CLOSED**.

**DONE** and **ORDERED** this the **14th** day of **May 2014**.

                        /s/ Kristi K. DuBose
                        **KRISTI K. DuBOSE**
                        **UNITED STATES DISTRICT JUDGE**